**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL RICE,

                Plaintiff,

  v.

WICKHAM, et al.,

                Defendants.

3:19-cv-0581-MMD-CLB

**ORDER GRANTING MOTION TO WITHDRAW MOTION TO COMPEL**

[ECF No. 20]

Plaintiff's motion to withdraw his motion to compel (ECF No. 20), is **GRANTED.** Plaintiff's motion to compel, (ECF No. 19), is hereby deemed **WITHDRAWN**.

**DATED:** September 1, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**