# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MICHAEL RICE,

    Plaintiff,

v.

HAROLD WICKHAM, *et al.*,

    Defendants.

Case No. 3:19-cv-0581-MMD-CLB

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

[ECF NO. 22]

Before the Court is Plaintiff Michael Rice's ("Rice") motion for leave to file second amended complaint. (ECF No. 22.) Defendants filed a notice of non-opposition. (ECF No. 23.) Therefore, Rice's motion is **GRANTED**. The Clerk shall **DETACH** and **FILE** the second amended complaint attached to the motion as Exhibit A. Defendants shall file an answer or other response on or before **October 14, 2021.**

**DATED**: September 27, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**